UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

OLUWASHINA KAZEEM AHMED-AL-KHALIFA (A070530620) (Pro-se)
Petitioner

Vs.

Jury Trial Demanded

5:13cv172-RS/GRJ

-Minister of Interior, Federal Republic of Nigeria.
Defendant

## COMPLAINT

Everyone has the right to freedom of thought and expression. This right includes freedom to seek, receive, and impart information and ideas of all kinds, regardless of frontiers, either orally, in writing, in print, in the form of art, or through any other medium of one's choice. *Citing Article 13 of the American Convention on Human Rights "Pact of San Jose, Costa Rica".*

**Article 15 of the Universal Declaration of Human Rights** provides that :
(1) Everyone has the right to a nationality.

(2) No one shall be arbitrarily deprived of his nationality nor denied the right to change his nationality.

## Statutory Provision

Recognizing that it is necessary and timely to affirm in international law, through this Covention, the principle that there is no period of limitation for war crimes and crimes against humanity, and to secure its universal application. [*Citting Convention on the Non-Applicability of Statutory Limitation to War Crimes and Crimes Agains Humanity*].

1

## **The Issue :** Right to a fair Hearing

## **Argument**

The inaction by the defendants when it failed to respond to my application for Renunciation of my Nigeria Citizenship, and my request for extradiction to the United States of America. Which I believe constitute a severe violation of basic human rights, Law of Nations and Treaties of the United States.

## Law of Nations

## **Treaties**

1. Convention and Protocol Relating To The Status of Refugees.
2. Convention Relating To The Status of Stateless Persons.
3. Convention on the Elimination of All Forms of Discrimination Against Women.
4. International Convention on the Elimination of All Forms of Racial Discrimination.
5. Convention on the Rights of the Child.
6. United Nations Convention Against Torture.
7. United Nations Declaration on the Rights of Indigenous People.
8. International Labor Organisation Convention of 1948.
9. Vienna Declaration and Programme of Action.
10. Vienna Convention on Consular Relation.
11. United Nations Convention Against Transnational Organized Crime.
12. United Nation Convention Against Corruption.
13. Inter-American Convention Against Corruption
14. Convention on the Fight Against Corruption Involving Officials of the European Communities or Officials of Member States of the European Union.
15. Covention on Combating Bribery of Foreign Public Officials in International Business Transaction.
16. Criminal Law Convention on Corruption.
17. Civil Law Convention on Corruption.
18. African Union Convention on Preventing and Combating Corruption.

19. Convention on the Non-Applicability of Statutory Limitation to War Crimes and Crimes Against Humanity.

## **Fundamental Rights**

1. Universal Declaration of Human Rights.
2. International Covenant on Civil and Political Rights.
3. International Covenant on Economic, Social and Cultural Rights.
4. American Convention on Human Rights "Pact of San Jose ,Costa Rica".
5. The U.S. Constitution.
6. Declaration on Race and Racial Prejudice.
7. Declaration of Independence, 1776.
8. Convention Against Discrimination in Education.
9. United Nation Declaration on Human Rights Education and Trainning.
10. Declaration of the Rights of Man and the Citizen.
11. Universal Rights of Personhood.
12. Natural law theories have, however, exercised a profound influence on the development of English common law, and have featured greatly in the philosophies of Thomas Aquinas, Francisco Suárez, Richard Hooker, Thomas Hobbes, Hugo Grotius, Samuel von Pufendorf, John Locke, Francis Hutcheson, Jean Jacques Burlamaqui, and Emmerich de Vattel. Because of the intersection between natural law and natural rights, it has been cited as a component in the United States Declaration of Independence and the Constitution of the United States, as well as in the Declaration of the Rights of Man and of the Citizen. Declarationism states that the founding of the United States is based on Natural law.
13. Declaration of the Rights of Women, 1791
14. Declaration of Rights of the Women of the United States July 4, 1876.
15. Protocol to the African Charter on Human and Peoples' Rights on the Rights of Women in Africa – Maputo Protocol.

## **Other Treaties and Fundamental Rights.**

1. Council Directives 2004/83/EC of 29 April 2009.
2. *European Convention on Human Rights (ECHR) (formally the Convention for the Protection of Human Rights and Fundamental Freedoms).*
3. Charter of Fundamental Rights of The European Union.

3

4. Canadian Charter of Rights and Freedoms.
5. African Charter on Human and Peoples' Rights.
6. Human Rights Act 1998.
7. Arab Charter on Human Right.
8. Race Relation Act of 1968.
9. Racketeer Influenced and Corrupt Organizations (RICO).

## Jurisdiction

Jurisdiction is proper pursuant to The Alien Tort Statue(28 U.S.C # 1350, ATS, also called the Alien Tort Claim Act(ACTA)) is a Section of the United States Code that reads. "The District Court shall have original jurisdiction in any civil action by an alien for a tort only, committed in violation of the Law of Nations or a treaty of the United States." This Statue is notable for allowing U.S. Courts to hear human-rights cases brought by foreign citizen for conducts committed outside the United States.

## Statement of case

On 16th November 2012, I forwarded my application for renunciation of Nigerian Citizenship in conjuction with my request for extradiction into the United States of America to the Nigeria Minister of Interior, Abba Moro, copy of which I also served on the Nigeria Minister of Foreign Affairs and the Nigeria Attorney General and Minister for Justice.

After weeks of inaction, I forwarded, on 31st December 2012, a Pre-Action Protocol to the Interior Minister, Mr Moro of which no response has been receivesd till date.

The action of the defendant I believe is contrary to Article 9 of the Council Directive 2004/83/EC of 29 April 2004. Which also Constitute An Act of War Crime and Crimes Against Humanity.

## *Authority of Customary International Law*

United States courts may not ignore the precepts of customary international law See e.g., *Charming Betsy, 6 U.S. at 118; The Paquete Habana, 175 U.S. 677, 694-700, 20 S. Ct. 290, 297-300, 44 L. Ed. 320, 326-29 (1900); The Nereide, 13 U.S. (9 Cranch) 388, 423, 3 L. Ed. 769, 780 (1815); Filartiga, 630 F.2d at 881; Mojica, 970 F. Supp. at 146-52; Maria, 68 F. Supp. 2d at 233-35.* This concept has been most clearly embodied in admiralty cases, where domestic law may directly clash with customary international [*598] law. The Supreme Court has long recognized the principle that in admiralty United States courts are "bound by the law of nations, which is part of the law of the land." *The Neriede, 13 U.S. at 423 (1815).* See also *The Paquete Habana, 175 U.S. at 700* (federal courts are to apply the law of nations as federal law). In general, customary international law has the same status as domestic legislation. Restatement (Third) of Foreign Relations Law § 701 cmt. e ("The United States is bound by the international customary law of human rights."); cf. *Kadic v. Karadzic, 70 F.3d 232 (2d Cir. 1995)* (finding violation of customary international human rights law in war atrocities in Bosnia conflict).

## *Policy Reasons for Honoring International Human Rights Obligations*

This nation's credibility would be weakened by non-compliance with treaty obligations or with international norms. The United States seeks to impose international law norms-including, notably, those on terrorism-upon other nations. It would seem strange, then, if the government would seek to avoid enforcement of such norms within its own borders.

A former Chief Judge of the court of appeals in this circuit recognized this concern. Comparing current judicial unease with human rights treaties to post-revolutionary unease with the Supremacy Clause, he stated:

There are international supremacy clauses which have civil consequences and criminal consequences that we today are currently not comfortable with....Once this country says there is a U.N. Charter, there are treaties there are treaties, and we subscribe to them, in effect, havin something of an international supremacy clause, then there are going to be civil and perhaps criminal consequences that we might not all think are so wonderful. But you can simply say that we're going [**40] to have treaties for the rest of them but, of course, they won't apply to us.
Statement of Jon O. Newman, 170 F.R.D. 201, 317 -18 (1996) (Judicial Conference of the Second Circuit). " A central goal of U.S. foreign policy has

been the promotion of respect for human rights.....The United States understands that the existence of human rights helps secure the peace, deter aggression, promote the rule of law, combat crime and corruption, strengthen democracies, and prevent humanitarian crises." U.S. Dept. Of State, Human Rights.

# Case Laws

## Due Process Clause

It is well established that alien have due process right under 5th Amendment. See Reno V. Flores 507 U.S. 292, 306, 123 L. ED, 2d 113 S. Ct. 1439 (1996); Chi Thon Ngo V. INS, 192 F.3d 390,396 (3rd Cir. 1999).

The Due Process Clause of the Fifth Amendment States that "no person......shall be deprived of life, liberty or property without due process of law" . U.S. Constitution Amendment V.

The Fifth Amendment also create a procedural due precess right to be heard at a meaningful time and a meaningful manner, before a deprivation of liberty occurs. **Mathew V Eldrigde, 424 U.S. 319 334(1976); Patel V Zemski No. 01-2398,2001 U.S. App. LEXIS 26907 (9th Cir.Jan.,2002);Zadvydas V Davis, 533 121 S.Ct 2491(2001).**

## Right to a fair hearing
Yukos Oil V Russia, European Court of Human Rights (ECtHR) 20 September, 2011. The Court's nine-judges panel found that Russia violated three Articles of the ECHR, including the right to a fair trial.

# International Statutory Violations

(1)It is submitted that the violations committed against me by the defendant Constitute An Act of War Crime under 18 U S C subsection 2441. **TITLE 18 CRIMES AND CRIMINAL PROCEDURE PART I. CRIMES CHAPTER 118. WAR CRIMES. § 2441. War crimes**

**(a)** Offense. Whoever, whether inside or outside the United States, commits a war crime, in any of the circumstances described in subsection (b), shall be fined under this title or imprisoned for life or any term of years, or both, and if death results to the victim, shall also be subject to the penalty of death.

**(b)** Circumstances. The circumstances referred to in subsection (a) are that the person committing such war crime or the victim of such war crime is a member of the Armed Forces of the United States or a national of the United States (as defined in section 101 of the Immigration and Nationality Act [8 USCS § 1101]).
**(c)** Definition.

As used in this section the term "war crime" means any conduct—

**(1)** defined as a grave breach in any of the international conventions signed at Geneva 12 August 1949, or any protocol to such convention to which the United States is a party;

**(2)** prohibited by Article 23, 25, 27, or 28 of the Annex to the Hague Convention IV, Respecting the Laws and Customs of War on Land, signed 18 October 1907;

**(3)** which constitutes a grave breach of common Article 3 (as defined in subsection (d)) when committed in the context of and in association with an armed conflict not of an international character; or

The US War Crimes Act (1996), as amended by the Military Commissions Act (2006), which was passed by Congress following the Supreme Court's decision in *Hamdan v. Rumsfeld* in 2006, changed the definition of "war crime" in relation to common Article 3 of the 1949 Geneva Conventions.

**Common Article 3 Violations is described as follows:—**

(1) **Prohibited conduct.**— In subsection (c)(3), the term "grave breach of common Article 3" means any conduct (such conduct constituting a grave breach of common Article 3 of the international conventions done at Geneva August 12, 1949), as follows:

(A) **Torture.**— The act of a person who commits, or conspires or attempts to commit, an act specifically intended to inflict severe physical or mental pain or suffering (other than pain or suffering incidental to lawful sanctions) upon another

person within his custody or physical control for the purpose of obtaining information or a confession, punishment, intimidation, coercion, or any reason based on discrimination of any kind.

(B) Cruel or inhuman treatment.— The act of a person who commits, or conspires or attempts to commit, an act intended to inflict severe or serious physical or mental pain or suffering (other than pain or suffering incidental to lawful sanctions), including serious physical abuse, upon another within his custody or control.

Basis for the war crimes listed above

These are violations of customary international law, listed as war crimes in the Statute of the International Criminal Court.

Other serious violations of international humanitarian law committed during a non-international armed conflict are described as follows:

• torture or inhuman treatment, including biological experiments;
• willfully causing great suffering or serious injury to body or health;
• extensive destruction or appropriation of property, not justified by military necessity and carried out unlawfully and wantonly;
• **willfully depriving a prisoner of war or other protected person of the rights of a fair and regular trial;**
• unlawful deportation or transfer;
• unlawful confinement;
• slavery and deportation to slave labor;
• **collective punishments;**
• the practice of apartheid or other inhuman or degrading practices involving outrages on personal dignity based on racial discrimination;
• violence to life and person, in particular murder of all kinds, mutilation, cruel treatment and torture;
• committing outrages upon personal dignity, in particular humiliating and degrading treatment;
• seizing property of the adverse party not required by military necessity;
• making civilian objects the object of attack;

(2) Similarly, **Article 147 of the Fourth Geneva Convention** which defines war crimes as: "Willful killing, torture or inhuman treatment, including...willfully causing great suffering or serious injury to body or health, unlawful deportation or

8

transfer or unlawful confinement of a protected person, compelling a protected person to serve in the forces of a hostile power, or **willfully depriving a protected person of the rights of fair and regular trial,**...taking of hostages and extensive destruction and appropriation of property, not justified by military necessity and carried out unlawfully and wantonly."

(3)**At the same time, the various act committed against me by the defendants Constitute an Act of Crime of Aggression under the Rome Statue of the International Criminal Court.**

## Definition of the crime of aggression:
Article 8 *bis* adopted in Kampala defines the individual crime of aggression as the planning, preparation, initiation or execution by a person in a leadership position of an act of aggression. **Importantly, it contains the threshold requirement that the act of aggression must constitute a manifest violation of the Charter of the United Nations.** Under the Statute, the definition of "crime of aggression" is stated as follows:

**Article 8 bis**

> 1. For the purpose of this Statute, "crime of aggression" means the planning, preparation, initiation or execution, by a person in a position effectively to exercise control over or to direct the political or military action of a State, **of an act of aggression which, by its character, gravity and scale, constitutes a manifest violation of the Charter of the United Nations.**
> 2. For the purpose of paragraph 1, "act of aggression" means the use of armed force by a State against the sovereignty, territorial integrity or political independence of another State, **or in any other manner inconsistent with the Charter of the United Nations.** Any of the following acts, regardless of a declaration of war, shall, in accordance with United Nations General Assembly resolution 3314 (XXIX) of 14 December 1974, qualify as an act of aggression:

**(4) Furthermore, the defendant action as applied to me Constitute An Act of Crime Against Humanity.**

Crimes Against Humanity Definition:
An international criminal justice offence; the perpetration of acts of war upon a civilian, non-soldier population.

9

A term used by, within and as so defined by the <u>International Criminal Court</u> treaty and including any of the following acts when committed as part of a widespread or systematic attack directed against any civilian population, with knowledge of the attack:

- <u>Murder</u>;
- Extermination;
- Enslavement;
- Deportation or forcible transfer of population;
- Imprisonment or **other severe deprivation of physical liberty in violation of fundamental rules of international law;**
- <u>Torture</u>;
- Rape, sexual slavery, enforced prostitution, forced pregnancy, enforced sterilization, or any other form of sexual violence of comparable gravity;
- Persecution against any identifiable group or collectivity on political, racial, national, ethnic, cultural, religious, gender, (...) or other grounds that are universally recognized as impermissible under international law (...)
- Enforced disappearance of persons;
- The crime of apartheid;
- **Other inhumane acts of a similar character intentionally causing great suffering, or serious injury to body or to mental or physical health.**
- 

**(5) However, The Canadian *Crimes against Humanity and War Crimes Act* defines; "Crimes Against Humanity" as:**

"... <u>murder</u>, extermination, enslavement, deportation, imprisonment, <u>torture</u>, sexual violence, persecution or any other inhumane act or omission that is committed against any civilian population or any identifiable group and that, at the time and in the place of its commission, **constitutes a crime against humanity according to customary international law or conventional international law or by virtue of its being criminal according to the general principles of law recognized by the community of nations,** whether or not it constitutes a contravention of the law in force at the time and in the place of its commission."

# What I Want From The Honorable Court

**1.** A Court Order Compelling the Minister of Interior, to address my application for Renunciation of my Nigerian Citizenship.

**2.** A befitting monetary compensation in the amount of Nine Hundred Million Dollar ($900,000,000.00) for the violation of treaties and fundamental rights duely accorded to me.

**3.** Any other relief the Honorable Court may deems appropriate.

**4.** Petitioner Prays that the Honorable Court grant this Complaint.


Respectfully submitted,

*Ahmed*

Oluwashina Kazeem Ahmed- Al-Khalifa

5, Robert Onadipe Street
Gbagada Phase 1,
Shomolu, Pedro, Lagos,
Nigeria.

Email: oahmed005@yahoo.com           Mobile: 00 234 810 380 4404.


Document Submittted With This Complaint           Pages

    1. Document send to the Minister of Interior     1-16.
    2. Pre-Action Protocol                           1-2.

Signed: *Ahmed*                        Dated 04/11/2013

# Certificate of Service

Petitioner, Oluwashina Kazeem Ahmed-Al-Khalifa, respectfully requested the Honorable Court to copy the defendants in this case. Because I am destitute and cannot afford to copy the defendants.

Attorney General and Minister for Justice
Federal Ministry of Justice
Federal Secretariat
Central District
Garki, Abuja,
Nigeria.

Respectfully submitted,

*Ahmed*

Oluwashina Kazeem Ahmed-Al-Khalifa

5, Robert Onadipe Street
Gbagada Phase 1,
Shomolu, Pedro, Lagos,
Nigeria.

Oluwashina Kazeem Ahmed-Al-Khalifa  
5 Robert Onadipe Street  
Gbagada Phase 1  
Shomolu, Pedro, Lagos  
Nigeria.



United States District Court
Northern District of Florida
Panama City Division
30 W. Government Street
Panama City, FL 30241
U. S. A