IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**OLUWASHINA KAZEEM**
**AHMED-AL-KHALIFA,**

    **Plaintiff,**

v.                                         **CASE NO. 5:13-cv-172-RS-GRJ**

**MINISTER OF INTERIOR,**
**FEDERAL REPUBLIC OF NIGERIA,**

    **Defendant.**
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 7). No objections have been filed.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The case is **DISMISSED with prejudice** for lack of subject matter jurisdiction.

3. Plaintiff's motions to proceed as a pauper and for appointment of counsel (Docs. 2 & 3) are **DENIED**.

4. Plaintiff's Motion to Receive Updates by Email (Doc. 5) is **GRANTED**.

3. The Clerk is directed to close the case.

**ORDERED** on August 2, 2013.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**